# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

Information associated with the cellular telephone assigned call number (602) 377-7796 that is stored at premises controlled by T-Mobile.

Case No. 25-5505 MB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of New Jersey:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  12/2/25  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on duty in the District of Arizona.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date: Nov. 18, 2025 @ 5:00 p.m.

_____
*Judge's signature*

City and state: Phoenix, Arizona

Honorable Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number 602-377-7796 (the "Account"), which is stored at premises controlled by T-Mobile ("the Service Provider"), a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, NJ 07054

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be Disclosed by the Service Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Service Provider, including any information that has been deleted but is still available to the Service Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Service Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period December 1, 2024 to August 15, 2025:

    a. The following information about the customers or subscribers of the Account:

        i. Names (including subscriber names, user names, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v. Length of service (including start date) and types of service utilized;

        vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

2

vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account (including voice, text, packet data, or other data communications), including:

 i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses);

 ii. information regarding the cell tower and antenna face (also known as the "sectors") through which the communications were sent and received; and

 iii. Timing advance data, also referred to as per call measurement data, "Real Time Tool" (RTT) data, TrueCall data, Network Event Location System (NELOS), Location Database of Record (LOCDBOR), or any other record containing information regarding a distance to tower or estimated location.

**II. Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code ("U.S.C.") § 875 (c) (Interstate Threats), and 18 U.S.C. § 247(a)(2) (Obstruction of Persons in the Free Exercise of Religious Beliefs) involving Kevin Charles Pyles during the period December 1, 2024 to August 15, 2025.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

| AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2) | | |
|---|---|---|
| **RETURN** | | |
| Case No.: 25-5509MB | Date and Time Warrant Executed: November 20, 2025 / 0615 | Copy of warrant and inventory left with: Frank De La Huerta |
| Inventory Made in the Presence of: SA Trevor Page, SA Ryan Ketcham and SA Melissa Gillespie | | |

Inventory of the property taken and name of any person(s) seized:

1) Apple iPhone 16Pro Max
2) 2 - M115A2 Ground Burst Simulators
3) 10 - sealed cans of M855 ammunition bearing lot number LC-24-D100-233
4) unsealed ammunition can bearing the lot number LC-22L100-107
5) 4 - sealed ammunition cans of MK-318 ammunition bearing the lot number FC-18A810-025
6) unsealed ammunition can bearing lot number LC-23D100-138
7) unsealed ammunition can bearing lot number WMA22L125-13
8) loose ammunition
9) 3 - M4 magazines
10)  Eotech sight bearing marking Law Enforcement/Military Use Only
11)  unlabeled ammo can containing M855 rounds

Approximately 14,000 rounds of ammunition were seized

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: November 21, 2025

GILLESPIE.MELISSA.1240852752
Digitally signed by GILLESPIE.MELISSA.1240852752
Date: 2025.11.21 12:02:00 -07'00'

Executing officer's signature

Melissa Gillespie, Special Agent, DACID

Printed name and title